Michael S. Agruss
SBN: 259567
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
HILLARY WIRICK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| HILLARY WIRICK,  <br>       Plaintiff,  <br>   v.  <br>SUMMIT RECEIVABLES,  <br>       Defendant. | **Case No.: 2:17-cv-01536-MCE-AC** |

**NOTICE OF SETTLEMENT**

Plaintiff, HILLARY WIRICK, ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

DATED: August 25, 2017        AGRUSS LAW FIRM, LLC

                                   By: /s/  Michael S. Agruss
                                       Michael S. Agruss
                                       Attorney for Plaintiff
                                       HILLARY WIRICK

1

**<u>CERTIFICATE OF SERVICE</u>**

On August 25, 2017, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Allicia Tomolo, at abtomolo@gmail.com.