UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

HILLARY WIRICK,

    Plaintiff,

v.

SUMMIT RECEIVABLES,

    Defendant.

Case No.: 2:17-cv-01536-MCE-AC

**ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS**

On October 30, 2017, Plaintiff, HILLARY WIRICK, filed a request for an extension of time to file dispositional documents. Plaintiff's request is granted. Dispositional documents are to be filed on or before November 6, 2017.

**IT IS SO ORDERED.**

**Dated: November 1, 2017**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1