Michael S. Agruss
SBN: 259567
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
HILLARY WIRICK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| HILLARY WIRICK,<br><br>          Plaintiff,<br><br>     v.<br><br>SUMMIT RECEIVABLES,<br><br>          Defendant. | Case No.: 2:17-cv-01536-MCE-AC<br><br>**PLAINTIFF'S EX PARTE APPLICATION TO FILE THE SETTLEMENT AGREEMENT UNDER SEAL** |

**PLAINTIFF'S EX PARTE APPLICATION TO FILE**
**THE SETTLEMENT AGREEMENT UNDER SEAL**

Plaintiff, HILLARY WIRICK ("Plaintiff"), through her attorneys, Agruss Law Firm, LLC, files this Ex Parte Application to file the Settlement Agreement under seal. In support of this Ex Parte Application, Plaintiff states the following:

On August 25, 2017, the parties reached a confidential settlement and Plaintiff filed a Notice of Settlement. *See* Document No. 7. On August 30, 2017, the parties, and counsel, signed the confidential Settlement Agreement. *See* the Settlement Agreement filed under seal. To date, Defendant, SUMMIT RECEIVABLES ("Defendant"), has failed to comply with the second part of the settlement that was due by November 1, 2017. Therefore, on November 7, 2017, Plaintiff filed a

1

Motion to Enforce the Settlement Agreement. *See* Document No. 11. To avoid disclosure of confidential information, Plaintiff respectfully requests this Honorable Court to enter an Order allowing Plaintiff to file the Settlement Agreement under seal.

                                        RESPECTFULLY SUBMITTED,

Dated: November 9, 2017       AGRUSS LAW FIRM, LLC

                                    By:/s/  Michael S. Agruss
                                         Michael S. Agruss
                                         Attorney for Plaintiff
                                         HILLARY WIRICK

# PROOF OF SERVICE

I, Michael S. Agruss, state the following:

I am employed in Chicago, Illinois. I am over the age of 18, and am not a party to this action. My business address is 4809 N Ravenswood Ave, Suite 419, Chicago, IL 60640. On November 9, 2017, I served the following documents:

**PLAINTIFF'S EX PARTE APPLICATION TO FILE THE SETTLEMENT AGREEMENT UNDER SEAL**

On the parties listed below:

| | |
|---|---|
| Allicia B. Tomolo, Esq.<br>3080 South Durango Drive,<br>Suite 207<br>Las Vegas, Nevada 89117<br>(702) 946-8440<br>Fax (702) 946-1035<br>abtomolo@gmail.com | **Via first-class mail only**<br>Anthony Guadagna<br>Summit Receivables<br>1291 Galleria Dr. Suite 170<br>Henderson, NV 89014-8635 |

By the following means of service:

**[X]  BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically to the e-mail address listed above. I am readily familiar with the firm's Microsoft Outlook e-mail system, and the transmission was reported as complete, without error.

**[X]  BY MAIL:** I deposited the envelope in the mail in Chicago, Illinois. The envelope was mailed with postage fully prepaid. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document was deposited with the U.S. Postal Service on this date with postage fully prepaid in Chicago, Illinois, in the ordinary course of business.

**[X]  FEDERAL:** I declare under penalty of perjury under the laws of Illinois that the above is true and correct.

Executed on November 9, 2017, in Chicago, Illinois.

By:  /s/ Michael S. Agruss    
        Michael S. Agruss