**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| HILLARY WIRICK, | ) |
| Plaintiff, | ) **Case No.: 2:17-cv-01536-MCE-AC** |
| v. | ) |
| SUMMIT RECEIVABLES, | ) **ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO FILE THE SETTLEMENT AGREEMENT UNDER SEAL** |
| Defendant. | ) |

On November 9, 2017, Plaintiff, HILLARY WIRICK ("Plaintiff"), filed an Ex Parte Application to file the Settlement Agreement under seal. Plaintiff's Ex Parte Application is granted. Plaintiff shall file the Settlement Agreement under seal.

**IT IS SO ORDERED.**

Dated: November 27, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1