# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

HILLARY WIRICK,

    Plaintiff,

v.

SUMMIT RECEIVABLES,

    Defendant.

Case No.: 2:17-cv-01536-MCE-AC

**ORDER GRANTING PLAINTIFF'S MOTION TO ENFORCE THE SETTLEMENT AGREEMENT**

On November 7, 2017, Plaintiff, HILLARY WIRICK ("Plaintiff"), filed a Motion to Enforce the Settlement Agreement (ECF No. 11) scheduled for hearing on December 14, 2017. Defendant SUMIT RECEIVABLES ("SUMMIT") failed to file any opposition to Plaintiff's Motion and, on November 9, 2017, advised Plaintiff's counsel that no opposition would be forthcoming (See Pl.'s Notice of Def's Statement of Non-Opp., ECF No. 13, 1:25-2:1). Given that non-opposition, and good cause appearing, Plaintiff's Motion to Enforce the Settlement Agreement (ECF No. 11) is GRANTED. Defendant SUMMIT shall comply with paragraph 4 of the parties' Settlement Agreement (filed under seal at ECF No. 16) within seven (7) days of the date of this Order is electronically filed.

IT IS SO ORDERED.

**Dated: January 3, 2018**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE