UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILLARY WIRICK<br><br>Plaintiff,<br><br>v.<br><br>SUMMIT RECEIVABLES,<br><br>Defendant. | No. 2:17-cv-01536-MCE-AC<br><br>**ORDER TO SHOW CAUSE** |

Through the present matter, Plaintiff Hillary Wirick ("Plaintiff") alleges that debt collection activities pursued by Defendant Summit Receivables ("Defnedant") violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq., as well as California's Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788, et seq. Plaintiff's complaint was filed in this Court on July 24, 2017. Just over a month later, on August 25, 2017, Plaintiff filed a Notice of Settlement indicating that the parties had reached an agreement to resolve the matter. ECF No. 7.

After Defendant failed to fully comply with the terms of the settlement by November 1, 2017, as had been agreed, Plaintiff filed a Motion to Enforce Settlement Agreement on November 7, 2017. ECF No. 11. Thereafter, on November 9, 2017, Plaintiff's counsel advised the Court that he had been notified by Defendant's counsel, Allicia Tomolo, that no opposition to the Motion would be forthcoming. ECF No. 13.

Given that non-opposition, the Court granted Plaintiff's Motion and ordered Defendant to comply with paragraph 4 of the parties' Settlement Agreement (which had been filed under seal as ECF No. 17) not later than seven days after the Order was electronically filed. ECF No. 17.

On January 17, 2018, Plaintiff filed an Ex Parte Application for a Civil Contempt Order against Defendant and Anthony Guadagna, its Chief Executive Officer and Manager who had signed the Settlement Agreement on Defendant's behalf. ECF No. 18. The proof of service indicates that said Ex Parte Application was served on both Mr. Guadagna and Defendant's counsel, Ms. Tomolo. No response on behalf of Defendant to said Application has been made.

Not later than fourteen (14) days from the date this Order is electronically filed, Defendant through its counsel, Allicia Tomolo, is hereby ordered to show cause in writing as to why sanctions should not be issued for its failure to comply with the Court's Order enforcing the previously reached Settlement Agreement. The hearing on the Order to Show Cause is set for March 22, 2018 at 2:00 p.m. in Courtroom 7. Failure to comply with this Order will result in the imposition of sanctions upon no further notice to the parties.

The Clerk of Court is hereby ordered to serve a copy of this Order on Defendant and its counsel at the following addresses:

Anthony Guadagna
Summit Receivables
1291 Galleria Dr., Suite 170,
Henderson, NV 89014-8635

Allicia B. Tomolo, Esq.
3080 South Durango Dr., Ste. 207
Las Vegas, NV 89117

IT IS SO ORDERED.

Dated: February 26, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE