Michael S. Agruss
SBN: 259567
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
HILLARY WIRICK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| HILLARY WIRICK, | ) |
| Plaintiff, | ) **Case No.: 2:17-cv-01536-MCE-AC** |
| v. | ) |
| SUMMIT RECEIVABLES, | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, HILLARY WIRICK, ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, SUMMIT RECEIVABLES.

RESPECTFULLY SUBMITTED,

DATED: March 13, 2018        AGRUSS LAW FIRM, LLC

By: /s/ Michael S. Agruss
Michael S. Agruss
Attorney for Plaintiff
HILLARY WIRICK

1

1
2
## **CERTIFICATE OF SERVICE**

3
4
    On March 13, 2018, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel, Allicia Tomolo, at abtomolo@gmail.com.

5
6
                        By:    /s/  Michael S. Agruss
                                  Michael S. Agruss

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28